UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN HARRISON | CASE NO. 6:22-CV-06010 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| STATE OF LOUISIANA | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge (ECF No. 6), and after an independent review of the record including the Objection filed by Plaintiff (ECF No. 9), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this suit is **DISMISSED WITHOUT PREJUDICE.**

THUS DONE in Chambers on this 24th day of April, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE